# EXHIBIT C

**HCDistrictclerk.com**    GALVAN, SANDRA vs. CHIPOTLE MEXICAN GRILL    12/22/2025
INC
Cause: 202590276    CDI: 7    Court: 270

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

CASE DETAILS                                CURRENT PRESIDING JUDGE

| | | | |
|---|---|---|---|
| **File Date** | 12/1/2025 | **Court** | 270th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:8329272270 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | PERSONAL INJ (NON-AUTO) | **JudgeName** | DEDRA DAVIS |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| GALVAN, SANDRA | PLAINTIFF - CIVIL | | BONILLA, RUBEN JR. |
| CHIPOTLE MEXICAN GRILL INC | DEFENDANT - CIVIL | | |
| 211 E 7TH STREET STE 620, AUSTIN, TX 78701-3218 | | | |
| OROZCO, MIGUEL (EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL INC) | DEFENDANT - CIVIL | | |
| 211 E. 7TH STREET,, AUSTIN, TX 78701 | | | |
| CHIPOTLE MEXICAN GRIL INC | DEFENDANT - CIVIL | | |

CHIPOTLE MEXICAN GRILL INC (FORIEGN FOR-    REGISTERED AGENT
PROFIT CORPORATION) CAN BE

    211 E 7TH STREET STE 620, AUSTIN, TX 78701-3218

OROZCO, MIGUEL (EMPLOYEE AND MANAGER    REGISTERED AGENT
OF CHIPOTLE MEXICAN GRILL INC)

    211 E 7TH STREET STE 620, AUSTIN, TX 78701-3218

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 12/1/2025 | ORIGINAL PETITION | | | 0 | | BONILLA, RUBEN JR. | GALVAN, SANDRA |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | CHIPOTLE MEXICAN GRILL INC (FORIEGN FOR- PROFIT CORPORATION) CAN BE | 12/1/2025 | 12/1/2025 | 12/4/2025 | | | 74580217 | E-MAIL |
| | 211 E 7TH STREET STE 620 AUSTIN TX 78701 | | | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | CHIPOTLE MEXICAN GRILL INC (FORIEGN FOR- PROFIT CORPORATION) CAN BE | 12/1/2025 | 12/1/2025 | 12/4/2025 | | | 74580217 | E-MAIL |
| | 211 E 7TH STREET STE 620 AUSTIN TX 78701 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | OROZCO, MIGUEL (EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL INC) | 12/1/2025 | 12/1/2025 | 12/4/2025 | | | 74580218 | E-MAIL |
| | 211 E 7TH STREET STE 620 AUSTIN TX 78701 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 124023557 | Return of Service- Chipotle Mexican Grill Inc | | 12/05/2025 | 4 |
| 124023558 | Return of Service- Orozco, Miguel | | 12/05/2025 | 4 |
| 123929302 | Plaintiff's Original Petition | | 12/01/2025 | 10 |
| -> 123929303 | Request for Issuance of Service | | 12/01/2025 | 1 |
| -> 123929304 | Request for Issuance of Service | | 12/01/2025 | 2 |

12/1/2025 1:53:26 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 108563710
By: MATTHEWS, CHRISTOPHER O
Filed: 12/1/2025 1:53:26 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____     CURRENT COURT: _____

Name(s) of Documents to be served: *PLAINTIFF'S ORIGINAL PETITION*

**FILE DATE:** *12/01/25* Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: *MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645*

Address of Service: *211 E. 7TH STREET, STE. 620*

City, State & Zip: *AUSTIN, TEXAS 78701-3218*

Agent (if applicable) *CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY*

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| ☒ Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citations Rule 106 Service |

- ☐ Citation Scire Facias     Newspaper_____
- ☐ Temporary Restraining Order     ☐ Precept     ☐ Notice
- ☐ Protective Order
- ☐ Secretary of State Citation ($12.00)     ☐ Capias (not by E-Issuance)     ☐ Attachment (not by E-Issuance)
- ☐ Certiorari     ☐ Highway Commission/Texas Department of Transportation ($12.00)
- ☐ Commissioner of Insurance ($12.00)     ☐ Hague Convention ($16.00)     ☐ Garnishment
- ☐ Habeas Corpus (not by E-Issuance)     ☐ Injunction     ☐ Sequestration
- ☐ Subpoena
- ☐ Other (Please Describe)_____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (*check one*)     bc_efile@bonilla-chapalaw.com
- ☐ ATTORNEY PICK-UP (phone) _____     ☒ E-Issuance by District Clerk
- ☐ MAIL to attorney     at: _____          (No Service Copy Fees Charged)
- ☐ CONSTABLE          *Note*: The email registered with EfileTexas.gov must be
- ☐ CERTIFIED MAIL by CONSTABLE          used to retrieve the E-issuance Service Documents.
- ☐ CERTIFIED MAIL by DISTRICT CLERK          Visit www.hcdistrictclerk.com for more instructions.

- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____     Phone: _____
- ☐ OTHER, *explain*

Issuance of Service Requested By: Attorney/Party Name: *RUBEN BONILLA*  Bar # or ID *02601000*

12/1/2025 1:53:26 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 108563710
By: MATTHEWS, CHRISTOPHER O
Filed: 12/1/2025 1:53:26 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____    CURRENT COURT: _____

Name(s) of Documents to be served: *PLAINTIFF'S ORIGINAL PETITION*

FILE DATE: *12/01/25* Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: *CHIPOTLE MEXICAN GRILL, INC.*

Address of Service: *211 E. 7TH STREET, STE. 620*

City, State & Zip: *AUSTIN, TEXAS 78701-3218*

Agent (if applicable) *CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY*

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citations Rule 106 Service |
| ☐ Citation Scire Facias | Newspaper | | |
| ☐ Temporary Restraining Order | ☐ Precept | | ☐ Notice |
| ☐ Protective Order | | | |
| ☐ Secretary of State Citation ($12.00) | ☐ Capias (not by E-Issuance) | | ☐ Attachment (not by E-Issuance) |
| ☐ Certiorari | Highway Commission/Texas Department of Transportation ($12.00) | | |
| ☐ Commissioner of Insurance ($12.00) | ☐ Hague Convention ($16.00) | | ☐ Garnishment |
| ☐ Habeas Corpus (not by E-Issuance) | ☐ Injunction | | ☐ Sequestration |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe) _____ | | | |

(See additional Forms for Post Judgment Service)

SERVICE BY *(check one)*:    bc_efile@bonilla-chapalaw.com
☐ ATTORNEY PICK-UP (phone) _____    ☒ E-Issuance by District Clerk
☐ MAIL to attorney at: _____    (No Service Copy Fees Charged)
☐ CONSTABLE    *Note*: The email registered with EfileTexas.gov must be
☐ CERTIFIED MAIL by CONSTABLE    used to retrieve the E-issuance Service Documents.
☐ CERTIFIED MAIL by DISTRICT CLERK    Visit www.hcdistrictclerk.com for more instructions.

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
☐ OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: *RUBEN BONILLA* Bar # or ID *02601000*

Mailing Address: *P O DRAWER 5488, CORPUS CHRISTI, TX 78465-5488; PHONE 361-881-1000*

12/1/2025 1:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 108563710
By: Christopher Matthews
Filed: 12/1/2025 1:53 PM

RB/rp

CAUSE NO. _____

| | | |
|---|---|---|
| SANDRA GALVAN, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | |
| CHIPOTLE MEXICAN GRILL, INC., | § | ___ JUDICIAL DISTRICT |
| AND MIGUEL OROZCO, | § | |
| EMPLOYEE AND MANAGER OF | § | |
| CHIPOTLE MEXICAN GRILL, INC., | § | |
| RESTAURANT #3645, | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **SANDRA GALVAN**, hereinafter referred to by name or as Plaintiff and files this her Plaintiff's Original Petition, complaining of and about **CHIPOTLE MEXICAN GRILL, INC., AND MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645**, hereinafter referred to by name or as Defendants and for cause of action would respectfully show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends to conduct discovery in this cause of action under Discovery Control Plan, Level 3, in accordance with Rule 190.4 of the Texas Rules of Civil Procedure.

### II.
### JURISDICTION AND VENUE

This Court has jurisdiction and venue is proper in Harris County, Texas, because that is where all or part of the incident occurred.

## III.
## PARTIES

1.      Plaintiff is a resident of Houston, Texas.

2.      Defendant, **CHIPOTLE MEXICAN GRILL, INC.**, is a Foreign For-Profit Corporation, doing business in Texas, and can be served with process as follows: **By and Through its Registered Agent for Service, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas 78701-3218.**

3.      Defendant, **MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645,** is an individual and may served with process as follows: **By and Through Registered Agent for Service, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas 78701-3218.**

## IV.

By its conduct, Defendants, **CHIPOTLE MEXICAN GRILL, INC.,** and **MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., Restaurant #3645,** had extended an open invitation to the public, including Plaintiff, to enter the premises of the **CHIPOTLE MEXICAN GRILL, INC., Restaurant #3645** located at 3943 Little York Road, Houston, Texas 77093, on or about May 26, 2025. Plaintiff was on the premises to order food and dine at **CHIPOTLE MEXICAN GRILL, INC., Restaurant #3645.** Consequently, Plaintiff was an invitee on or about May 26, 2025, to whom Defendants owed a duty to use ordinary care, including the duty to protect and safeguard the Plaintiff from unreasonably dangerous conditions on the premises and to warn the Plaintiff of their existence.

## V.
## FACTS

On or about May 26, 2025, Plaintiff, **SANDRA GALVAN**, an invitee of **CHIPOTLE MEXICAN GRILL, INC., AND MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645,** had entered Defendants' restaurant, located at 3943 Little York Road, Houston, Texas 77093, to order food and dine at (**CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645**) and while entering the **CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645,** Plaintiff sustained substantial injuries as a result of a fall that occurred at the **CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645.** As Plaintiff, **SANDRA GALVAN,** entered the Defendants' restaurant, she suddenly and without warning, violently slipped and fell to the floor due to the wet, poorly maintained floors and premises, causing her severe injuries to her leg, foot, back, arms and entire body. Plaintiff sustained multiple severe injuries due the negligence of Defendants and/or Defendants' improperly trained employees and the hazardous conditions of the wet, poorly maintained floors and premises.

## VI.
## NEGLIGENCE CLAIMS AGAINST DEFENDANT, CHIPOTLE MEXICAN GRILL, INC.

Plaintiff would show the Court that Defendant was negligent in the following respects:

a        Failing to inspect the premises in order to discover the hazardous and dangerous conditions allowed to exist on the wet, poorly maintained floors, to prevent injury to public invitees, such as **SANDRA GALVAN**.

b.       Failing to timely inspect the premises in order to discover the hazardous condition created wet, poorly maintained floor and premises, which was negligently allowed to occur and exist on the poorly maintained floor and premises , to prevent injury to public invitees, such as Plaintiff, **SANDRA GALVAN**;

c.       Improper maintenance of the floor;

d.    Improper maintenance of the premises;

e.    Improper notice regarding dangerous conditions of the floors and premises;

f.    Failing to properly maintain the floors and premises in safe condition for customers, including the Plaintiff;

g.    Failing to properly train staff on safety and maintenance to ensure a safe environment;

h.    Failing to warn visitors, including the Plaintiff, of the improperly maintained floors and premises and the dangerous conditions of the floors and premises;

i.    Negligent hiring and negligently retaining staff;

j.    Failing to provide and maintain a safe environment;

k.    Failing to properly notify customers, including the Plaintiff, of dangerous conditions of the floors and premises; and

l.    Failing to timely inspect the floors, premises and surrounding areas of the restaurant.

Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, were the proximate cause of the injuries and damages sustained by Plaintiff as more fully described below.

## VII.
## NEGLIGENCE CLAIMS AGAINST DEFENDANT, MIGUEL OROZCO, EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL, INC., RESTAURANT #3645

Plaintiff would show the Court that Defendant was negligent in the following respects:

a    Failing to inspect the premises in order to discover the hazardous and dangerous condition allowed to exist on the wet, poorly maintained floor, to prevent injury to public invitees, such as **SANDRA GALVAN**.

b.    Failing to timely inspect the premises in order to discover the hazardous condition created wet, poorly maintained floor and premises, which was negligently allowed to occur and exist on the poorly maintained floor and premises , to prevent injury to public invitees, such as Plaintiff, **SANDRA GALVAN**;

c.    Improper maintenance of the floor;

d.    Improper maintenance of the premises;

e.    Improper notice regarding dangerous conditions of the floors and premises;

f.    Failing to properly maintain the floors and premises in safe condition for customers, including the Plaintiff;

g.    Failing to properly train staff on safety and maintenance to ensure a safe environment;

h.    Failing to warn visitors, including the Plaintiff, of the improperly maintained floors and premises and the dangerous conditions of the floors and premises;

i.    Negligent hiring and negligently retaining staff;

j.    Failing to provide and maintain a safe environment;

k.    Failing to properly notify customers, including the Plaintiff, of dangerous conditions of the floors and premises; and

l.    Failing to timely inspect the floors, premises and surrounding areas of the restaurant.

Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, were the proximate cause of the injuries and damages sustained by Plaintiff as more fully described below.

## VIII.

At all times material hereto, all agents, servants, and/or employees for the Defendants who were connected with the occurrence made the subject of this suit, were acting within the course and scope of their employment or official duties and in furtherance of the duties of their office or employment. Therefore, Defendants are further liable for the negligence acts and omissions of its employees under the doctrine of *Respondeat Superior*.

## IX.

Defendants directly and proximately caused the injuries and damages suffered by Plaintiff. The incident at issue and subsequent injuries suffered by Plaintiff were of a kind which do not ordinarily occur in the absence of negligence on the part of Defendants. Therefore, the doctrine of *Res Ipsa Loquitur* is applicable as a theory of negligence, causation and damages in this case and appropriately pled herein.

## X.

The improperly maintained floors and premises created an unreasonably dangerous condition on the Defendants' property. Prior to her injury, Plaintiff had no knowledge of this condition. Defendants, on the other hand, had both actual and constructive knowledge of this unreasonably dangerous condition before this incident occurred. Although Defendants knew (both actually and constructively) of this unreasonably dangerous condition, Defendants failed to protect and safeguard Plaintiff from the unreasonably dangerous and hazardous condition. Defendants also failed to provide warning as to this unreasonably dangerous condition. Plaintiff's injuries were proximately caused by the negligence of Defendants in having actual and constructive knowledge of the existence of an unreasonably dangerous condition yet allowing the condition to exist without warning.

## XI.
## DAMAGES - SANDRA GALVAN

Plaintiff would further assert and allege that as a direct and proximate result of the acts of omission and/or commission of the Defendants, its agents, servants and/or employees, the Plaintiff has suffered and will in all likelihood continue to suffer, the following elements of damages:

a.      reasonable and necessary medical expenses occurring in the past and which will, in all reasonable probability, will be suffered in the future;

b. pain, suffering and mental anguish occurring in the past and which will, in all reasonable probability, will be suffered in the future;

c. physical impairment in the past and which will, in all reasonable probability, be suffered in the future;

d. physical disfigurement in the past and which will, in all reasonable probability, be suffered in the future; and

e. Loss of wages in the past and in all reasonable probability, in the future.

All of said damages are far in excess of the minimum jurisdictional requirements of this Honorable Court.

As a direct and proximate result of the negligence of Defendants as described above, Plaintiff has incurred and will continue to incur expenses for medical care and treatment in an amount within the jurisdictional limits of this court.

## XII.

Plaintiff is entitled to recover pre-judgment and post-judgment interest as provided by law.

## XIII.
## MISNOMER/ALTER EGO

In the event any parties are misnamed or are not included herein, Plaintiff contends such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends any "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## XIV.
## MONETARY RELIEF

Plaintiff, in compliance with Tex. R. Civ. P. 47, states that monetary relief over $250,000.00 but not more than $1,000,000.00 is sought by way of this suit.  However, the amount of actual damages awarded should be subject to the evaluation of the evidence by a fair and impartial jury. Plaintiff further reserves the right to increase, decrease, or otherwise amend this amount prior to or during trial dependent on the outcome of the evidence.

## XV.
## JURY DEMAND

Plaintiff requests a trial by jury.

## XVI.
## RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by any party to this case may be used at any pretrial proceeding or at the trial of this matter.

## XVII.
## DESIGNATED E-SERVICE ADDRESS

The following is the undersigned attorney's designated E-Service e-mail address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: bc_efile@bonilla-chapalaw.com.  This is the undersigned's only E-Service e-mail address, and service through any other e-mail address will be considered invalid.

---

*Sandra Galvan vs. Chipotle Mexican Grill, Inc., and Miguel Orozco, Manager*
*Plaintiff's Original Petition*                                                    *Page - 8 -*

## XVIII.
## REQUIRED DISCLOSURES

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## PRAYER

**WHEREFORE**, Plaintiff prays that the Defendants be cited to appear and answer herein and that upon final hearing, Plaintiff be granted a judgment against Defendants, together with all pre-judgment and post-judgment interest as allowed by law, court costs, and such other and further relief that Plaintiff may be justly entitled by law and equity.

Respectfully submitted,

**BONILLA & CHAPA, P.C.**
2727 Morgan Avenue
P.O. Drawer 5488
Corpus Christi, Texas 78465-5488
Telephone: 361/881-1000
Facsimile: 361/881-1028

**RUBEN BONILLA**
SBN: 02601000
rbon1@swbell.net
**ED CHAPA**
SBN: 04113900
edchapa@bonilla-chapalaw.com
**WILLIAM ASARE**
SBN: 24073862
b.asare@bonilla-chapalaw.com

**E-SERVICE: bc_efile@bonilla-chapalaw.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rhonda Petri on behalf of Ruben Bonilla
Bar No. 2601000
r.petri@bonilla-chapalaw.com
Envelope ID: 108563710
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 12/1/2025 2:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ruben Bonilla, Jr. | | bc_efile@bonilla-chapalaw.com | 12/1/2025 1:53:26 PM | SENT |

12/5/2025 2:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 108784225
By: Rosa Carrizales
Filed: 12/5/2025 2:59 PM

**RETURN OF SERVICE - SERVICE ON REGISTERED AGENT ORGANIZATION**

**Case Name: SANDRA GALVIN VS. CHIPOTLE MEXICAN GRILL INC**

Cause Number: 202590276                Court: 270TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS

Date & Time of Receipt
of Documents by Server:                <u>DECEMBER 1, 2025 at 4:26PM</u>

Date & Time of Delivery
of Documents to Defendant:             <u>DECEMBER 4, 2025 at 1:49PM</u>

Defendant:                             <u>Miguel Orozco (Emlpoyee and Manager of Chipotle Mexican Grill Inc</u>

Defendant's Registered Agent:          <u>Corporation Service Company D/B/A CSC-LAWYERS INCORPORATING</u>
<u>SERVICE COMPANY</u>

Registered Agent's Office:             <u>211 East 7th Street, Suite 620, Austin, Texas 78701</u>

Registered Agent's Employee:           <u>Neisha Gross</u>

Specified Documents:                   a copy of the citation, WITH THE DATE ENDORSED THEREON, with: A
true copy of the Plaintiff's Petition

Method of Service:                     by delivering to defendant, by delivering to Defendant's Registered
Agent's Employee, in person, at Defendant's Registered Office.

I am certified under orders of the Texas Judicial Branch Certification Commission to serve process, including
citations in Texas. I am not a party to nor interested in the outcome of the suit. My Identification/PSC number and
certification expiration date appear below. I received and delivered the specified documents to Defendant as
stated above. All statements made herein are true. This return is verified by notary or signed under penalty of
perjury via T.R.C.P., Rule 107.

[Complete if signed before a NOTARY]
Signature: _____    Print Name: _____
Identification/PSC Number: _____   Certification Expires: _____
Signed and Sworn to by the said _____ before me on _____, 20__,
To certify which witness my hand and seal of office.

_____
Notary Public for the State of Texas
[Complete if not signed before a NOTARY]

My full name is Jessica Meroney. My date of birth is March 19, 1984. My address is 2717 Granite Creek Drive,
Leander, Texas 78641. My server identification number is 23407. My certification expires October 31, 2027.

I declare under penalty of perjury that the foregoing, including the Return of Service, is true and correct. Executed
in <u>Williamson</u> County, Texas, USA, on <u>December 5</u>, 2025.

_____
Declarant Signature

Receipt Number: 1093936
Tracking Number: 74580218

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202590276

| | |
|---|---|
| PLAINTIFF: GALVAN, SANDRA | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: CHIPOTLE MEXICAN GRILL INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: OROZCO, MIGUEL

(EMPLOYEE AND MANAGER OF CHIPOTLE MEXICAN GRILL INC) (RESTAURANT #3645) MAY BE SERVED

BY AND THROUGH REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY

(D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY)

211 E 7TH STREET STE 620

AUSTIN TX 78701-3218

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 1, 2025, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
December 1, 2025.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHRISTOPHER MATTHEWS

Issued at request of:
ASARE, WILLIAM BERNARD
PO DRAWER
CORPUS CHRISTI, TX  78465-5488
361/881-1000
Bar Number: 24073862

Tracking Number: 74580218

CAUSE NUMBER: 202590276

PLAINTIFF: GALVAN, SANDRA                          In the 270th

    vs.                                          Judicial District Court

DEFENDANT: CHIPOTLE MEXICAN GRILL INC              of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____ M., on the _____ day of _____, 20____.
Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                  _____

                                     _____ of _____

County, Texas

_____    By: _____
        Affiant                              Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____.

                                     _____
                                          Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rhonda Petri on behalf of Ruben Bonilla
Bar No. 2601000
r.petri@bonilla-chapalaw.com
Envelope ID: 108784225
Filing Code Description: No Fee Documents
Filing Description:
Status as of 12/5/2025 4:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ruben Bonilla, Jr. | | bc_efile@bonilla-chapalaw.com | 12/5/2025 2:59:11 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Cle

12/5/2025 2:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 108784225
By: Rosa Carrizales
Filed: 12/5/2025 2:59 PM

RETURN OF SERVICE - SERVICE ON REGISTERED AGENT ORGANIZATION

Case Name: SANDRA GALVIN VS. CHIPOTLE MEXICAN GRILL INC

Cause Number: 202590276        Court: 270TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS

Date & Time of Receipt
of Documents by Server:        DECEMBER 1, 2025 at 4:26PM

Date & Time of Delivery
of Documents to Defendant:      DECEMBER 4, 2025 at 1:49PM

Defendant:                      CHIPOTLE MEXICAN GRILL INC

Defendant's Registered Agent:   Corporation Service Company D/B/A CSC-LAWYERS
INCORPORATING SERVICE COMPANY

Registered Agent's Office:      211 East 7th Street, Suite 620, Austin, Texas 78701

Registered Agent's Employee:    Neisha Gross

Specified Documents:            a copy of the citation, WITH THE DATE ENDORSED THEREON,
with: A true copy of the Plaintiff's Petition

Method of Service:              by delivering to defendant, by delivering to Defendant's
Registered Agent's Employee, in person, at Defendant's Registered Office.
I am certified under orders of the Texas Judicial Branch Certification Commission to serve process, including
citations in Texas. I am not a party to nor interested in the outcome of the suit. My Identification/PSC number and
certification expiration date appear below. I received and delivered the specified documents to Defendant as
stated above. All statements made herein are true. This return is verified by notary or signed under penalty of
perjury via T.R.C.P., Rule 107.

[Complete if signed before a NOTARY]
Signature: _____    Print Name: _____
Identification/PSC Number: _____   Certification Expires: _____
Signed and Sworn to by the said _____ before me on _____, 20___,
To certify which witness my hand and seal of office.

_____
Notary Public for the State of Texas
[Complete if not signed before a NOTARY]

My full name is Jessica Meroney. My date of birth is March 19, 1984. My address is 2717
Granite Creek Drive, Leander, Texas 78641. My server identification number is 23407. My
certification expires October 31, 2027.

I declare under penalty of perjury that the foregoing, including the Return of Service, is true and
correct. Executed in Williamson County, Texas, USA, on December 5, 2025.

_____
Declarant Signature

CAUSE NO. 202590276

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1093936

TRACKING NO: 74580217

| Plaintiff: | In The 270th |
|---|---|
| GALVAN, SANDRA | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| CHIPOTLE MEXICAN GRILL INC | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:   CHIPOTLE MEXICAN GRILL INC**
**(FORIEGN FOR-PROFIT CORPORATION) CAN BE SERVED WITH PROCESS BY AND THROUGH ITS REGISTERED**
**AGENT FOR SERVICE CORPORATION SERVICE COMPANY**
**(D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY)**
**211 E 7TH STREET STE 620, AUSTIN TX 78701-3218**

        Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 1, 2025 in the above cited cause number and court.
The instrument attached describes the claim against you.

        **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

        This citation was issued on December 1, 2025, under my hand and seal of said court.

Marilyn Burgess

Marilyn Burgess, District Clerk

Issued at the request of:

ASARE, WILLIAM BERNARD
PO DRAWER 5488

CORPUS CHRISTI, TX 78465-5488
361/881-1000
Bar Number: 24073862

MATTHEWS

Harris County, Texas
201  CAROLINE    Houston  Texas
77002
(PO  Box  4651,  Houston,  Texas
77210)

Generated         By:CHRISTOPHER

Unofficial Copy Office of Marilyn Burgess District Clerk

Tracking Number: 74580217

**CAUSE NUMBER: 202590276**

PLAINTIFF: GALVAN, SANDRA

vs.

DEFENDANT: CHIPOTLE MEXICAN GRILL INC

In the 270th

Judicial District Court of

Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».
Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of
_____, 20_____.

Fees $_____

_____
By_____
Affiant                                           Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__.

_____
Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rhonda Petri on behalf of Ruben Bonilla
Bar No. 2601000
r.petri@bonilla-chapalaw.com
Envelope ID: 108784225
Filing Code Description: No Fee Documents
Filing Description:
Status as of 12/5/2025 4:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ruben Bonilla, Jr. | | bc_efile@bonilla-chapalaw.com | 12/5/2025 2:59:11 PM | SENT |